UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DONALD RAY ROBERTSON (#104555)**     CIVIL ACTION

**VERSUS**

**STATE OF LOUISIANA**     NO. 23-00618-BAJ-SDJ

RULING AND ORDER

On July 27, 2023, Petitioner, an inmate incarcerated at the Louisiana State Penitentiary, filed a "civil rights complaint," which, properly construed, challenges the constitutionality of his ongoing confinement, on the basis that he was not convicted by a unanimous jury. (Doc. 1). The Magistrate Judge has now issued a **Report and Recommendation (Doc. 4)**, which acknowledges the nature of Petitioner's claim(s), but recommends dismissal on the basis that such claims "may only be pursued in a habeas corpus proceeding," (*id.* at 5). Petitioner objects to dismissal, making clear that the relief he seeks is exclusively in the nature of a habeas petition pursuant to 28 U.S.C. § 2254. (*See* Doc. 5 at 3-5).

Petitioner's original "complaint" is subject to the same liberal pleading standards afforded to all *pro se* litigants. "Liberal construction … means that the substance of the relief sought by a *pro se* pleading controls, not the label that the petitioner has attached to it." *Black v. Davis*, 902 F.3d 541, 546 (5th Cir. 2018) (quotation marks and alterations omitted). Upon de novo review, the only relief Petitioner seeks is release from prison on the basis that his conviction is

unconstitutional, putting Petitioner's claim squarely within the realm of those that are entitled to review under § 2254. *Poree v. Collins*, 866 F.3d 235, 243 (5th Cir. 2017).

The Report does not consider Petitioner's claim under the rules applicable to habeas proceedings. As such, the Court declines to adopt the Report, and will instead refer this matter back to the Magistrate Judge for further consideration.

Accordingly,

**IT IS ORDERED** that the Petitioner's Objection (Doc. 5) is **SUSTAINED**, and the Court **DECLINES** to adopt the November 9, 2023 **Report and Recommendation (Doc. 4)**.

**IT IS FURTHER ORDERED** that this matter is **REFERRED BACK** to the Magistrate Judge, with instructions to construe Petitioner's "complaint" as a petition for habeas corpus pursuant to 28 U.S.C. § 2254.

Baton Rouge, Louisiana, this 19th day of December, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**